# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 9, 2018

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

ILANA D. ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 16-1875

| | |
|---|---|
| JILL OTIS, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Eastern District of |
| | Wisconsin. |
| *v.* | |
| | No. 1:16-cv-00285 |
| KAYLA J. DEMARASSE, et al., | |
| *Defendants-Appellees*. | William C. Griesbach, *Chief Judge*. |

**O R D E R**

The opinion issued in this case on April 2, 2018, is amended as follows:

On page 16, line 14, the word "AFFIRMED" is to be followed by the words "in part; VACATED and REMANDED in part."